Laurel Headley (CSBN 152306)
    Email: headley@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 845-3000
(510) 845-3003 (fax)

Attorneys for Graeson Prescott

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GRAESON PRESCOTT, <br><br> Defendant. | Case No. CR 15-535 CRB <br><br> STIPULATION AND [PROPOSED] ORDER TO SCHEDULE MATTER FOR CHANGE OF PLEA ON JANUARY 20, 2016 |

This case was filed by Information on November 17, 2015. (Dkt 1.) On December 9, 2015, the Court related this case to Mr. Prescott's pending supervised release matter (*U.S. v. Prescott*, CR-09-1135 CRB). (Dkt. 6.) There are no future court dates before this Court in the newly filed case (CR 15-535.)[1] The supervised release matter is scheduled for status conference on December 16, 2015, however the parties are jointly requesting in a separate stipulation that the supervised release matter be continued to January 20, 2016. The parties request that this case also be added to calendar for January 20, 2016 in order to facilitate what is expected to be a joint resolution of both matters.

---

[1] A status conference was set for January 29, 2016 before The Honorable Thelton Henderson, before the case was related to this Court.

Stipulation and [Proposed] Order To Schedule Change of Plea - 1

On November 12, 2015, the government produced discovery to the defense and the parties are in the process of finalizing a proposed plea agreement, which will include resolution of the supervised release matter. The defense requests additional time to review discovery and continue plea discussions related to both matters. It is the parties' expectation that Mr. Prescott will change his plea at the next appearance. Counsel for the defense is unavailable between December 18, 2015 and January 5, 2016.

For the foregoing reasons, IT IS HEREBY STIPULATED that this matter be added to calendar for change of plea on January 20, 2016 at 2:00 p.m.

IT IS FURTHER STIPULATED that time be excluded between November 19, 2015[2] and January 20, 2016 for effective preparation and continuity of counsel.

**IT IS SO STIPULATED:**

December 10, 2015                United States Attorney's Office

                                 By: _____/s/_____
                                     RITA F. LIN

December 10, 2015                Arguedas, Cassman & Headley, LLP

                                 By: _____/s/_____
                                     LAUREL HEADLEY
                                     Attorney for Graeson Prescott

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that this matter is continued to January 20, 2016 at 2:00 p.m. for change of plea.

**IT IS FURTHER ORDERED AND THE COURT FINDS** that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and ORDERS that the time between November 19, 2015 and January 20, 2016 is excluded from the Speedy Trial Act

---

[2] On November 19, 2015 time was excluded to January 25, 2016 under the former case number – CR 15-535 THE.

1  computation for effective preparation and continuity of counsel. 18 U.S.C. §§ 3161(h)(7)(A),
2  and (B)(iv.)

3  DATED: 12/11/2015

_____
THE HONORABLE CHARLES R. BREYER
Senior United States District Judge

Stipulation and [Proposed] Order To Schedule Change of Plea  - 3